| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Amy J. Taylor |
| Debtor 2 | Michael S. Taylor |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the NORTHERN District of MISSISSIPPI | |
| Case number 23-10515-JDW | |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          **12/16**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST</u>

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: <u>2380</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

| **Part 1:** | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees: Proof of Claim | 04/28/2023 | (5) | $175.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 03/08/2023 | (11) | $175.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Amy J. Taylor</u>

     Print Name     Middle Name     Last Name     Case number (if known) <u>23-10515-JDW</u>

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/Alexa Martini Stinson</u>

    Signature

Date <u>5/23/2023</u>

Print <u>Alexa Martini Stinson</u>

    First Name    Middle Name    Last Name

Title <u>Authorized Agent</u>

Company <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address <u>13010 Morris Rd., Suite 450</u>

    Number    Street

<u>Alpharetta, GA 30004</u>

    City         State    ZIP Code

Contact Phone <u>470-321-7112</u>

Email <u>astinson@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on    May 24, 2023         , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

AMY J. TAYLOR
458 LAKESHORE DR.
POTTS CAMP, MS 38659

MICHAEL S. TAYLOR
458 LAKESHORE DR.
POTTS CAMP, MS 38659

*And via electronic mail to:*

ROBERT HUDSON LOMENICK, JR.
P.O. BOX 417
HOLLY SPRINGS, MS 38635

LOCKE D. BARKLEY
6360 I-55 NORTH
SUITE 140
JACKSON, MS 39211

U. S. TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MS 39201

By: /s/  Lorena Delgado
Lorena Delgado
ldelgado@raslg.com